**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 10 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-1277 JCH |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): |
| ) | Distribution of 400 Grams and More of |
| **EDGAR CHAVEZ-RENDON**, ) | Fentanyl (N-phenyl-N-[1-(2-phenylethyl)- |
| ) | 4-piperidinyl] propanamide). |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about September 16, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **EDGAR CHAVEZ-RENDON**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney